TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-08-00586-CR







Alberto Garcia, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. 9040606, HONORABLE JON N. WISSER, JUDGE PRESIDING






O R D E R


PER CURIAM

The State's third motion for extension of time to file brief is granted. Counsel for the
State is ordered to tender a brief in this cause no later than April 2, 2010.

It is ordered March 18, 2010. 


Before Justices Patterson, Puryear and Henson

Do Not Publish